# United States District Court
## Western District of Louisiana

UNITED STATES OF AMERICA
v.
CALVIN KEMP
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Criminal Number**: 3:04CR30034-01**

USM Number:**12454-035**

BETTY MARAK

_____
Defendant's Attorney

## THE DEFENDANT:

[✓]   admitted guilt to violation of condition(s) _ of the term of supervision.
[ ]   was found in violation of ___ after denial of guilt.

The defendant is guilty of these violation(s);

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | | |
| 2 | Failure to report to probation officer. | April 7, 2007 |
| | Testing positive for cocaine on four | |
| See next page. | different occasions. | |

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

COPY SENT:
DATE: 2/12/08
BY: Ccleause
TO: USPO (2)
     usm

February 6, 2008
_____
Date of Imposition of Sentence

_____
Signature of Judicial Officer

ROBERT G. JAMES, United States District Judge
Name & Title of Judicial Officer

February 12, 2008
_____
Date

AO245B    Case 3:04-cr-30034-RGJ-KLH    Document 85    Filed 02/12/08    Page 2 of 3 PageID #: 178
Judgment in a Criminal Case for Revocation (Rev. 8/01)
Sheet 1

Judgment - Page 2 of 3

CASE NUMBER:    3:04CR30034-01
DEFENDANT:      CALVIN KEMP

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 3 | Failure to submit to inpatient substance abuse treatment. | |
| 4 | Failure to attend substance abuse treatment. | |

AO245B    Case 3:04-cr-30034-RGJ-KLH   Document 85   Filed 02/12/08   Page 3 of 3 PageID #: 179
    Judgement in a Criminal Case (Rev. 06/05)
        Sheet 2 — Imprisonment

DEFENDANT:      CALVIN KEMP
CASE NUMBER:    3:04CR30034-01

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **6 months** .

[ ]    The court makes the following recommendations to the Bureau of Prisons:

[✓]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district:
       [ ] at ___ [] a.m.   [] p.m.   on ___ .
       [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [ ] before 2 p.m. on ___ .
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.


_____
UNITED STATES MARSHAL


By _____
DEPUTY UNITED STATES  MARSHAL